1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED
OCT 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                )
APPLICATION OF THE UNITED STATES    )   2:13-SW-659 CKD
OF AMERICA FOR SEARCH WARRANTS      )
CONCERNING:                         )
**8524 Florin Road,**               )   **SEALING ORDER**
**2004 Michigan Boulevard,**        )
**3541 Sun Maiden Way**             )
**910 Striker Avenue, Suite B**     )   **UNDER SEAL**
**950 Riverside Parkway, Suite 70** )
**23526 Rosewood Road**             )
**1900 Danbrook Drive, Unit #1611** )
**28 W. Main Street**               )
**1240 Stags Leap Road**            )
**5542 E. Kings Canyon Road**       )
**1515 N. Willow Avenue**           )
                                    )
_____)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: October 7, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE